JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 11.5.12

DEPUTY CLERK



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEWIS TURNER, | Case No. CV 11-7259-JPR |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| M. STAINER, Acting Warden, | |
| Respondent. | |

Pursuant to the Memorandum Opinion and Order Denying Petition and Dismissing Action with Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 5, 2012

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

