

JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 11·5·12

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RICHARD LEWIS TURNER,

          Petitioner,

     vs.

M. STAINER, Acting Warden,

          Respondent.

Case No. CV 11-7259-JPR

**J U D G M E N T**

    Pursuant to the Memorandum Opinion and Order Denying Petition and Dismissing Action with Prejudice,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 5, 2012

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY